# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:  Chapter 7
Daniel L. & Connie Ann Taylor,  Case No.: 19-42473
Debtors  Judge: Maria Oxholm
_____/

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 335.00 | May 31, 2019 |
|  | Month / day / year |
| $ |  |
|  | Month / day / year |
| $ |  |
|  | Month / day / year |
| + $ |  |
|  | Month / day / year |
| **Total** $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on March 11, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge