UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**            CHAPTER 13
Daniel L. Taylor                  CASE NO. 19-42473-MLO
Connie Ann Taylor, Debtor(s).      JUDGE MARIA L. OXHOLM
_____/

## TRUSTEE'S OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

     **NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

     1. The Trustee objects to the debtors failure to treat the Department of Housing and Urban Development in the plan as this creditor has filed a secured proof of claim. The Trustee requests that the debtor amend the plan accordingly.

     2. The Trustee requests that the debtor provide copies of three (3) post-petition pay stubs at least 14 days prior to confirmation.

     3. A review of the Debtors Schedule I indicates a 401k loan in the monthly amount of $28.00. The Trustee requests the Debtor provide the specific date upon which this obligation will be paid in full. To the extent that this obligation will be paid in full during the pendency of the Chapter 13 case, the Trustee requests that best efforts be increased by the amount of the 401k loan payment in the month immediately following the month in which the obligation is paid in full.

     4. The debtor testified at the § 341 First Meeting of Creditors that they do not have homeowners insurance or automobile insurance. The Trustee requests that the debtor amend Schedule J and increase best effort accordingly.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

April 6, 2019

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

**/S/ TAMMY L. TERRY (P-46254)**
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Daniel L. Taylor
Connie Ann Taylor, Debtor(s).
_____/

CHAPTER 13
CASE NO. 19-42473-MLO
JUDGE MARIA L. OXHOLM

## CERTIFICATE OF MAILING

I hereby certify that on April 4, 2019, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

/s/ Terri Dooms
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Daniel L. TaylorDaniel L. & Connie Ann Taylor
18075 Lewis Road
Cement City MI 492330000

BABUT LAW OFFICES PLLC
700 TOWNER ST
YPSILANTI MI 481980000